**William B. DONNELL, Petitioner, v. Ralph N. EIDSON, Warden, Missouri State Penitentiary.**

No. 14005.

United States Court of Appeals.
Eighth Circuit.
July 11, 1949.

William B. Donnell, pro se.

PER CURIAM.
Appeal from District Court dismissed.

**EASTERN GAS & FUEL ASSOCIATES v. Johann F. KNEIDINGER.**

No. 4374.

United States Court of Appeals
First Circuit.
July 18, 1949.

Seymour P. Edgerton, Boston, Mass. (Bingham, Dana & Gould Boston, Mass., on the brief), and Leavenworth Colby, Admiralty and Shipping Section, Department of Justice, Washington, D. C., for appellant.

Thomas L. Mackin, Boston, Mass., for appellee.

H. G. Morison, Asst. Atty. Gen., J. Frank Staley, Sp. Asst. to the Atty. Gen., Admiralty and Shipping Section, Department of Justice, brief for the United States as Amicus Curiae.

Before MAGRUDER, Chief Judge, WOODBURY, Circuit Judge, and WYZANSKI, District Judge.

PER CURIAM. On the authority of Cosmopolitan Shipping Co., Inc., v. McAllister, 1949, 69 S.Ct. 1317, and Fink v. Shepard S. S. Co. (Gaynor v. Agwilines, Inc.), 1949, 69 S.Ct. 1330, the judgment of the District Court is set aside and the case is remanded to that court for the entry of a judgment for the defendant on both counts of the complaint.

**ESTATE of Joseph TUCKMAN, Deceased, etc., et al. v. ESTATE of Alonzo COTTLE, Deceased.**

No. 3856.

United States Court of Appeals
Tenth Circuit.
June 2, 1949.

Champion, Champion & Wallace, Ardmore, Okl. and Smith & Pollard, Austin, Tex., for appellants.

Pierce, Rucker, Mock, Tabor & Duncan, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.
Affirmed June 2, 1949, on authority of Herron v. Miller, 96 Okl. 59, 220 P. 36, without written opinion.

**Frank KOGUT, Appellant, v. UNITED STATES of America.**

No. 13730.

United States Court of Appeals
Eighth Circuit.
July 28, 1949.

J. Arnot Hill, Kansas City, Mo., for appellant.

Sam M. Wear, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.
Appeal from District Court dismissed for want of diligent prosecution, on motion of appellee.